
ORIGINAL

Joseph P. Filicetti
**FILICETTI LAW OFFICE, P.A.**
5987 W. State, Suite B
P. O. Box 105
Boise, ID 83701
Telephone: (208) 388-0123
Fax: (208) 388-0120
jpf@filicettilaw.com
ISB No. 3706

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRANDON CURTISS and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF OROFINO, IDAHO, THE OROFINO POLICE DEPARTMENT, and RON POMERINKE, OROFINO CITY POLICE CHIEF,<br><br>Defendants. | Case No. CIV 05-005-C-EJL<br><br>**NOTICE OF DISMISSAL** |

Plaintiffs, by their attorney, Joseph P. Filicetti of Filicetti Law Office, hereby voluntarily dismiss their Complaint, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), the adverse parties not yet having served an answer or a motion for summary judgment.

DATED this 9th day of May, 2005.

FILICETTI LAW OFFICE, P.A.

NOTICE OF DISMISSAL – PAGE 1

*Joseph P. Filicetti (by gpm)*
Joseph P. Filicetti
Attorney for Plaintiffs
5987 W. State, Suite B
P. O. Box 105
Boise, ID 83701
Telephone: (208) 388-0123
Fax: (208) 388-0120
jpf@filicettilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this May 9, 2005, I caused to be served a true and accurate copy of the **NOTICE OF DISMISSAL** by the method indicated below, addressed to the following:

| | | |
|---|---|---|
| Clayne Tyler | Hand Delivery | |
| Orofino City Attorney's Office | U.S. Mail | __X__ |
| Tyler Law Office | Facsimile | |
| P.O Box 2040 | Overnight Mail | |
| Orofino, ID 83544 | | |

David J. Myers

NOTICE OF DISMISSAL – PAGE 2